UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| INDIANA BOTANIC GARDENS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-CV-197 JD |
| | ) | |
| SNYDER MANUFACTURING CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND PERMANENT INJUNCTION

This is a trademark action in which plaintiff Indiana Botanic Gardens, Inc. sued defendant Snyder Manufacturing Corporation, d/b/a Eurospa Aromatics, d/b/a Eurospa Chemicals. Though the defendant has not appeared in this case, Indiana Botanic Gardens represents that the parties have executed a settlement by which Snyder consents to entry of judgment and a permanent injunction barring use of the mark in question by the defendant. Indiana Botanic Gardens has thus filed a motion for entry of consent judgment and permanent injunction, to which it attached a consent signed by Snyder, through its president. [DE 4].

Given the parties' agreement and the lack of response, the Court GRANTS the motion and ORDERS as follows:

1. The parties agree, and this Court finds, that the Court has personal jurisdiction over the parties and the subject matter of this Action and that venue for this action is proper in this judicial district.

2. Judgment is entered in favor of Plaintiff and against Defendant on Counts I, II and III, comprising trademark infringement and Federal and Indiana unfair competition, respectively.

3. SNYDER, its officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them (hereafter collectively "SNYDER") are ENJOINED and RESTRAINED from using the EUCAMINT trademark or any reproduction, counterfeit copy or colorable imitation thereof, or any mark likely to cause confusion therewith in any manner in connection with the distribution, advertising, offering for sale, or sale of any product that is not a genuine EUCAMINT product of INDIANA BOTANIC.

4. SNYDER by its President, Eric Snyder, is aware of his right to obtain advice of counsel with respect to this case and has elected to consent to the entry of this Consent Judgment.

5. The Court retains jurisdiction to enforce this Consent Judgment and Permanent Injunction.

6. Each of the parties shall bear its own costs.

The Clerk is DIRECTED to enter judgment and close this case.

SO ORDERED.

ENTERED:  July 25, 2016

       /s/ JON E. DEGUILIO
Judge
United States District Court