AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

INDIANA BOTANIC GARDENS, INC.,
              Plaintiff

v.     **Civil Action No. 2:16-CV-197  JD**

SNYDER MANUFACTURING CORPORATION d/b/a Eurospa Aromatics d/b/a Eurospa Chemicals,
              Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  Judgment is entered in favor of Plaintiff Indiana Botanic Gardens, Inc. and against Defendant Snyder Manufacturing Corporation on Counts I, II and III, comprising trademark infringement and Federal and Indiana unfair competition, respectively. Snyder Manufacturing Corporation, its officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them (hereafter collectively "Snyder") are ENJOINED and RESTRAINED from using the EUCAMINT trademark or any reproduction, counterfeit copy or colorable imitation thereof, or any mark likely to cause confusion therewith in any manner in connection with the distribution, advertising, offering for sale, or sale of any product that is not a genuine EUCAMINT product of Indiana Botanic Gardens, Inc. Each of the parties shall bear its own costs.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge _____Jon E. DeGuilio_____ on a Motion ____for Entry of Consent Judgment and Permanent Injunction._____

DATE:_____July 25, 2016_____                ROBERT N. TRGOVICH, CLERK OF COURT

                                                         By_____s/C. Reed_____
                                                               *Signature of Clerk or Deputy Clerk*